UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES AMERICA, et al.,<br>    **Plaintiffs,**<br>        *Ex rel.*<br>[UNDER SEAL],<br>    **Plaintiff-Relator**<br>vs.<br>[UNDER SEAL],<br>    **Defendants.** | **C/A No.** 3:13-cv-01223-CMC<br><br>*AMENDED*<br>**PLAINTIFF-RELATORS'**<br>**RESPONSES TO LOCAL CIVIL RULE**<br>**26.01 INTERROGATORIES** |

Plaintiff-Relators' Responses to Interrogatories Required by Local Civil Rule 26.01 are as follows:

1. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: **No person or legal entity has subrogation interests in any of the claims asserted herein.**

2. As to each claim, state whether it should be tried jury or non jury and why.

**RESPONSE**: **The claims in Plaintiffs' Complaint should be tried by jury. Plaintiffs have a right to trial by jury and do not wish to waive that right.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of the outstanding shares.

**RESPONSE**: **Not applicable.**

1

4.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE**:  **The Defendants conducted business within South Carolina that relate to the events or omissions alleged within the Complaint.**

5.       Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

*Note*:  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE**:    **The following cases are related to this instant case:**

1. *United States of America ex rel. Lynn E. Syzmoniak v. ACE Securities Corporation, et al.* **(0:13-cv-464-JFA)**

2. *United States of America ex rel. Lynn E. Syzmoniak v. American Home Mortgage Servicing, Inc., et al.* **(0:10-cv-01465-JFA)**

**The instant litigation arises from the violation of the settlement agreement in the** *Syzmoniak* **cases referenced above.**

**The** *Syzmoniak* **cases are in part settled and in part pending in front of The Honorable Joseph F. Anderson, Jr.**

*SIGNATURE PAGE TO FOLLOW*

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 6, 2013                          Respectfully submitted,

*/s/Richard A. Harpootlian*
Richard A. Harpootlian
Bar No. 1730
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone: 803- 252-4848
Facsimile: 803-252-4810
rah@harpootlianlaw.com

Reuben A. Guttman
GRANT & EISENHOFER P.A.
1920 L Street, N.W., Suite 400
Washington, DC 20036
Telephone: 202-386-9500
Facsimile: 202-350-5908
rguttman@gelaw.com

Jay W. Eisenhofer
James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile:  646-722-8501
jeisenhofer@gelaw.com
jsabella@gelaw.com

Jonathan Kass
Justin K. Victor
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: 302-622-7053
Facsimile:  302-622-7055
jvictor@gelaw.com

Keith Singer
Keith Singer P.A.
55 NE 5th Ave. #400

3

Boca Raton, FL 33432
Telephone 954-462-3300
Facsimilie 954-337-0876
ksinger13@aol.com

*Attorneys for Plaintiff-Relator Laurence Schneider*