UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. LAURENCE SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Case No. 1:14-cv-01047-RMC<br><br>**Declaration of Sandra Karwhite** |

Sandra Karwhite declares as follows:

1. I am a Vice President and Relationship Manager for JPMorgan Chase Bank, National Association ("Chase"). I make this Declaration based upon my personal knowledge and my review of Chase's available business records. The business records were made at or near the time of the event, and were kept and maintained in the ordinary course of Chase's regularly conducted business activity.

2. Attached hereto as Exhibit 1 is a true and correct copy of a template of a Making Home Affordable "Subsequent Certification." Chase's process was to use this template to certify its material compliance with requirements of the Making Home Affordable program.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated November 23, 2010, from Chase and EMC Mortgage Corporation to Paul Heran, Program Executive, Making Home Affordable-Compliance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2015 in University Place, WA

JPMorgan Chase Bank, National Association

*[signature]*

Printed Name: Sandra Karwhite
Title: Vice President, Relationship Manager