**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. LAURENCE SCHNEIDER,<br><br>Plaintiff-Relator,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Case. No. 1:14-cv-01047-RMC<br><br>Judge Rosemary M. Collyer |

**NOTICE OF APPEAL**

Notice is hereby given this 5th day of January, 2017, that Plaintiff-Relator Laurence Schneider hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 22nd day of December, 2016 in favor of Defendant J.P. Morgan Chase, N.A. et al. against said Plaintiff-Relator Laurence Schneider.

Respectfully submitted,

*/s/ Joseph A. Black*

Joseph A. Black (D.C. Bar No. 414869)
Daniel E. Cohen (D.C. Bar No. 414985)
THE CULLEN LAW FIRM, PLLC
1101 30th Street, NW, Suite 300
Washington, D.C. 20007
Tel. (202) 944-8600
Fax. (202) 944-8611

Roberto L. Di Marco
Jennifer Martin Foster
WALKER & DI MARCO, P.C.
350 Main Street
First Floor
Malden, MA 02148
Tel. (781) 322-3700
Fax. (781) 322-3757

*Admitted Pro Hac Vice*

Brent S. Tantillo (D.C. Bar No. 489978)
TANTILLO LAW PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel. (202) 403-2291
Fax. (202) 403-2299

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017 a true and accurate copy of the foregoing Relator's *Notice of Appeal* was served electronically on all registered counsel via ECF.

I also certify that a true and accurate copy of the foregoing was sent via e-mail to the following State Plaintiffs:

**COMMONWEALTH OF VIRGINIA**

**David B. Irvin**
OFFICE OF VIRGINIA ATTORNEY GENERAL
Antitrust and Consumer Litigation Section
900 East Main Street
Richmond, VA 23219
(804) 786-4047
dirvin@oag.state.va.us

**DISTRICT OF COLUMBIA**

Jane Drummey
OFFICE OF ATTORNEY GENERAL
Public Advocacy Section
441 Fourth Street, NW
Washington, DC 20001
(202) 727-2658
jane.drummey@dc.gov

**STATE OF CALIFORNIA**

Kenneth J. Sugarman
Deputy Attorney General
Attorney General of California
1300 I St, Suite 1142,
Sacramento, CA 95814-2963
Kenneth.Sugarman@doj.ca.gov

**STATE OF DELAWARE**

Edward Black
Office of Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801
edward.black@state.de.us

**STATE OF FLORIDA**

William Foster
Florida Attorney General
The Capitol; PL 01
Tallahassee, FL 32399-1050
William.Foster@myfloridalegal.com

**STATE OF GEORGIA**

Samuel S. Olens
DEPARTMENT OF LAW - STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-5614
solens@law.ga.gov

**STATE OF HAWAII**

Michael S. Vincent
Hawaii Attorney General
425 Queen St.
Honolulu, HI 96813
Michael.s.vincent@hawaii.gov

**STATE OF ILLINOIS**

Lisa Madigan
Illinois Attorney General
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601
info@lisamadigan.org

**STATE OF INDIANA**

Tom Irons
Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204
Tom.Irons@atg.in.gov

**STATE OF IOWA**

Jeffrey Thompson
Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
jeffrey.thompson@iowa.gov

**STATE OF MASSACHUSETTS**

Justin Lowe
Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
justin.lowe@state.ma.us

**STATE OF MINNESOTA**

Lori Swanson
Minnesota Attorney General
State Capitol, Suite 102
St. Paul, MN 55155
Attorney.General@ag.state.mn.us.

**STATE OF MONTANA**

Chuck Robert Munson
MONTANA DEPARTMENT OF JUSTICE
555 Fuller Avenue
Helena, MT 59601
(406) 444-4500
cmunson@mt.gov

**STATE OF NEVADA**

John McGlamery
Nevada Attorney General
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
jmcglamery@ag.nv.gov

**STATE OF NEW JERSEY**

Janine Matton
New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625
janine.matton@dol.lps.state.nj.us

**STATE OF NEW MEXICO**

Seth T. Cohen
New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
scohen@nmag.gov

**STATE OF NEW YORK**

Scott Spiegelman
New York Attorney General
Dept. of Law, The Capitol, 2nd Fl.
Albany, NY 1222
scott.spiegelman@ag.ny.gov

**STATE OF NORTH CAROLINA**

Jennifer Harrod
North Carolina Attorney General
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629
jharrod@ncdoj.gov>;

**STATE OF RHODE ISLAND**

Peter Kilmartin
Rhode Island Attorney General
150 S. Main St.
Providence, RI 02903
RPartington@riag.ri.gov

**STATE OF TENNESSEE**

Lyndsay Sanders
Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Lyndsay.Sanders@ag.tn.gov

*/s/ Joseph A. Black*
Joseph A. Black (D.C. Bar No. 414869)