UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* LAURENCE SCHNEIDER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>J.P. MORGAN CHASE BANK, N.A., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 14-1047 (RMC) |

## **CONSENT MOTION FOR AN EXTENSION OF TIME TO PROVIDE NOTICE**

Pursuant to Federal Rule of Civil Procedure 6, the United States of America ("United States" or "Government"), by and through its undersigned counsel, respectfully requests that the Court extend its time for providing notice as to whether the United States will seek the dismissal of this action under Section 3730(c)(2)(A) of Title 31 of the U.S. Code by two (2) weeks—i.e., through and including October 23, 2018. Through their respective counsel, Relator and Defendants have graciously consented to the relief sought by this Motion. The grounds for this Motion are as follows.

As discussed in its Notice of July 2, 2018, the United States is evaluating whether to seek the dismissal of this case under Section 3730(c)(2)(A) of the False Claims Act ("FCA") in light of the parties' full briefing (ECF Nos. 124 to 129) on Relator's motion for leave to file a third amended complaint in this action. As part of its efforts, the United States met with Relator and his counsel in late-August to further understand Relator's theories of recovery under the FCA. Pursuant to the Government's request, Relator thereafter provided certain additional information for the United States to review. The United States similarly met with counsel for Defendants in early-September and similarly requested and received additional documents from Defendants.

Counsel for the United States continues to actively consider the parties' respective presentations and review the materials recently submitted by them. That said, undersigned counsel has been occupied on matters and deadlines in other pending cases and requires additional time to complete his review. Specifically, in the past few weeks counsel has been forced to devote time to expert discovery deadlines in two large FCA cases—*United States ex rel. Morsell v. Symantec Corp.*, Civ. A. No. 12-0800 (RC) (D.D.C.), and *United States v. Quicken Loans, Inc.*, Civ. A. No. 16-14050 (MAG/RSW) (E.D. Mich.)—among other matters. Consequently, the United States respectfully requests this extension of time to allow it to complete its review and formulate its position with regards to dismissal.

This request is filed in good faith and not for the purposes of delay. This Motion represents the second request for an extension of this deadline. Allowing the United States additional time to undertake its review of the information recently provided by the parties and reach a well-formulated position on dismissal serves the interests of the Court and the parties.

\*   \*   \*

WHEREFORE, the United States respectfully requests that it be afford until October 23, 2018, to file a notice informing the Court of the results of its review, including whether it proposes to dismiss this action under its Section 3730(c)(2)(A) prerogatives. A proposed order is enclosed herewith.

Dated: October 9, 2018
Washington, DC

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief, U.S. Attorney's Office

By:  */s/ Brian P. Hudak*
BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

*Attorneys for the United States of America*